IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN HUMPHRIES, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-100 WLS-TQL) |
| | * |
| TIMOTHY C. WARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 14, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of July, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk